# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/04/2026

**APPLICATION GRANTED: The Initial Conference set for 8/12/2026 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Monday, September 14, 2026 at 10:00 a.m.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.
08/04/2026

August 3, 2026

**VIA CM/ECF**
Honorable Judge Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Ferber v. 2641 Rest. Corp. et al.**
**Case 1:26-cv-03993-PAE-KHP**

Dear Judge Parker:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for August 12, 2026 at 10:00 a.m., in your Honor's Courtroom. However, the undersigned has a conflict regarding a Settlement Conference the same day with another matter, *Girotto v. Poke Boba et al*, Case 3:26-cv-00279-SFR, of the U.S.D.C. of the District of Connecticut.

Therefore, Plaintiff respectfully requests an adjournment of the current Initial Pretrial Conference, scheduled in this matter, to a date most convenient to the Court.

The undersigned counsel has conferred with the opposing counsel, who have consented and agreed to the filing of this motion. Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz

B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com