# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

November 16, 2026

**VIA CM/ECF**
Honorable Magistrate Judge Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Ferber v. 2641 Rest. Corp. et al.***
**Case 1:26-cv-03993-PAE-KHP**

Dear Judge Parker:

Pursuant to the Court's Order [D.E. 24], the parties respectfully submit this joint status letter updating the Court regarding the status of discovery and mediation.

The parties participated in a pre-mediation settlement conference on November 2, 2026. Mediation through the Southern District of New York's Mediation Program is scheduled for December 10, 2026. In an effort to conserve judicial and party resources, minimize unnecessary litigation expenses, and focus on the possibility of an amicable resolution, the parties have agreed to defer significant discovery until after the scheduled mediation.

The parties remain hopeful that mediation will facilitate a resolution of this matter and will promptly advise the Court of the outcome of mediation and the need for further discovery, if any. Before the session, the parties will continue to discuss a resolution in good faith.

The parties respectfully thank the Court for its time and consideration.

Respectfully submitted,

By: /s/ B. Bradley Weitz .
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorney for Plaintiff*

By: /s/ Joseph D. Taylor
Joseph Diego Taylor, Esq.
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
Telephone: (646) 428-3113
Facsimile: (212) 286-1884
Email: jdt@dhclegal.com
*Attorney for Defendants*

**APPLICATION GRANTED**

**Hon. Katharine H. Parker, U.S.M.J.** 11/17/2027

The Parties are directed to file a status update post-mediation by December 18, 2026